Steven M. Tindall (SBN 187862)
Amanda M. Karl (SBN 301088)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
smt@classlawgroup.com
amk@classlawgroup.com

John H. Douglas (SBN 178966)
**DOUGLAS LAW OFFICES**
100 Pine St., Suite 1250
San Francisco, California 94111
Telephone: (415) 794-4751
Fax: (415) 795-3432
JDouglas@douglaslegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PALENCIA CABA,<br><br>Plaintiff,<br><br>v.<br><br>CALERES, INC., a New York corporation, BG RETAIL, LLC, a Delaware corporation, KATHY MARTIN, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-02012-KJM-AC<br><br>**JOINT STIPULATION AND ORDER RE: MOTION TO REMAND**<br><br>Date: February 11, 2022<br>Time: 10:00am<br>Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3 |

JOINT STIPULATION AND ORDER RE: MOTION TO REMAND
CASE NO. 2:21-cv-02012-KJM-AC

## STIPULATION

1. The Parties, though their undersigned counsel, stipulate as follows:

WHEREAS, Defendants removed this case from Sacramento County Superior Court on October 29, 2021 (Dkt. 1);

WHEREAS, Plaintiff filed a motion to remand this case to state court on November 29, 2021, to be heard on February 11, 2022 at 10:00am (Dkt. 12);

WHEREAS, pursuant to the Civil Local Rules, based on this hearing date, Defendants' opposition brief is currently due on January 29, 2022, and Plaintiff's reply brief is currently due on February 5, 2022;

WHEREAS, a key member of Plaintiff's litigation team will now be unavailable between the opposition deadline and the reply deadline to due to a major surgery that was rescheduled in light of the current COVID surge;

WHEREAS, this team member's absence would prejudice Plaintiff's ability to prepare a reply brief during that time;

WHEREAS, the Parties have met and conferred, and agree that moving the motion hearing to April 15, 2022, with the opposition brief due on March 25, 2022 and the reply brief due on April 8, 2022, will ensure that both Parties have adequate time to complete briefing on Plaintiff's motion to remand;

WHEREAS, the Parties still intend to proceed with the Status Conference scheduled for March 10, 2022 (Dkt. 8); and

WHEREAS, the Parties have not requested any prior modification to the briefing schedule for this Motion and the proposed schedule will not otherwise affect the schedule for the case.

NOW, THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and request that the Court enter the following briefing schedule:

1. Defendants' Opposition shall be filed on or before March 25, 2022.
2. Plaintiff's Reply shall be filed on or before April 8, 2022.

3. The hearing on Plaintiff's motion to remand shall be continued to April 15, 2022, at 10:00 a.m.

| | |
|---|---|
| DATED: January 24, 2022 | Respectfully submitted,<br>*/s/ Amanda M. Karl*<br><br>Amanda M. Karl (SBN 301088)<br>Steven M. Tindall (SBN 187862)<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, California 94612<br>Telephone: (510) 350-9700<br>Fax: (510) 350-9701<br>amk@classlawgroup.com<br>smt@classlawgroup.com<br><br>John H. Douglas (SBN 178966)<br>**DOUGLAS LAW OFFICES**<br>100 Pine St., Suite 1250<br>San Francisco, California 94111<br>Telephone: (415) 794-4751<br>Fax: (415) 795-3432<br>JDouglas@douglaslegal.com<br><br>*Attorneys for Plaintiff* |
| DATED: January 24, 2022 | */s/ Amy S. Williams*<br>(as authorized on January 24, 2022)<br>Amy S. Williams (SBN 228853)<br>Brent M. Giddens (SBN 133652)<br>Brian E. Cole II (SBN 305830)<br>**CDF LABOR LAW LLP**<br>18300 Von Karman Ave., Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 622-1661<br>awilliams@cdflaborlaw.com<br>bgiddens@cdflaborlaw.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

bcole@cdflaborlaw.com

*Attorneys for Defendants*

# ORDER

The parties having so stipulated, and good cause appearing, it is hereby ordered that the hearing on plaintiff's motion to remand shall be continued to April 15, 2022 at 10 a.m. Defendant's opposition shall be filed on or before March 25, 2022; plaintiff's reply shall be filed on or before April 8, 2022.

IT IS SO ORDERED.

Dated: January 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE