1  CDF LABOR LAW LLP
   Brent M. Giddens, State Bar No. 133652
2  bgiddens@cdflaborlaw.com
   Amy S. Williams, State Bar No. 228853
3  awilliams@cdflaborlaw.com
   Brian E. Cole II, State Bar No. 305830
4  bcole@cdflaborlaw.com
   18300 Von Karman Avenue, Suite 800
5  Irvine, CA 92612
   Telephone:  (949) 622-1661
6
   Attorneys for Defendants
7  CALERES, INC., BG RETAIL, LLC
   and KATHY MARTIN
8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

12  LUIS PALENCIA CABA,                 ) Case No. 2:21-CV-02012-KJM-AC
                                        )
13        Plaintiff,                    ) (Removed from Sacramento County
         v.                             ) Superior Court, Case No. 34-2021-
14                                      ) 00301944)
    CALERES, INC., a New York           )
15  corporation, BG RETAIL, LLC, a      ) **JOINT STIPULATION AND**
    Delaware corporation, KATHY         ) **ORDER TO CONTINUE**
16  MARTIN, an individual, and DOES 1-  ) **STATUS CONFERENCE**
    10,                                 ) **PENDING MEDIATION**
17                                      )
         Defendants.                    ) Date: March 10, 2022
18                                      ) Time: 2:30 p.m.
                                          Judge: Hon. Kimberly J. Mueller
19                                        Ctrm: 3

## **STIPULATION**

Plaintiff Luis Palencia Caba ("Plaintiff") and Caleres, Inc., BG Retail, LLC and Kathy Martin ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on or about June 4, 2021, Plaintiff commenced this action against Defendants Caleres, Inc., and Kathy Martin in the Superior Court of California, County of Sacramento;

WHEREAS, on or about September 9, 2021, Plaintiff filed a First Amended Complaint adding Defendant BG Retail, LLC;

WHEREAS, on October 29, 2021, Defendant BG Retail, LLC timely removed this action to this Court;

WHEREAS, the Parties have agreed to stay formal discovery pending mediation, which mediation is scheduled for July 25, 2022, with mediator Tripper Ortman, and the Parties are presently engaged in the informal exchange of documents and information for purposes of facilitating such mediation;

WHEREAS, this Court has set a Status Conference for March 10, 2022 at 2:30 p.m.; and

WHEREAS, in order to further facilitate the potential resolution of this matter through mediation, the Parties respectfully request a continuance of the Scheduling Conference to a date following completion of mediation.

/ / /

/ / /

/ / /

1   NOW, THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and request that the Court continue the Status Conference currently set for March 10, 2022 at 2:30 p.m. to a date after July 25, 2022.

**IT IS SO STIPULATED**.

Dated:   February 22, 2022        GIBBS LAW GROUP LLP


By:   */s/ Steven M. Tindall*
Steven M. Tindall (SBN 187862)
Amanda M. Karl (SBN 301088)
505 14th Street, Suite 1110
Oakland, California 94612

John H. Douglas
DOUGLAS LAW OFFICES
100 Pine St., Suite 1250
San Francisco, California 94111
*Attorneys for Plaintiff,*
*LUIS PALENCIA CABA*


Dated:   February 22, 2022        CDF LABOR LAW LLP


By:   */s/ Amy S. Williams*
Brent M. Giddens
Amy S. Williams
Brian E. Cole II
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
*Attorneys for Defendants,*
*CALERES, INC., BG RETAIL, LLC and*
*KATHY MARTIN*

**ORDER**

The parties having so stipulated, and good cause appearing, it is hereby ORDERED that the Scheduling Conference currently scheduled for March 10, 2022 at 2:30 p.m. is continued to July 28, 2022 at 2:30 p.m., with the filing of a joint status report fourteen (14) days prior.

**IT IS SO ORDERED**.

Dated: February 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE